HON. THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 18-079TSZ |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| vs. | |
| MARIO BROOKS, | |
| Defendant. | |

The defendant, having moved for an extension of the pretrial motions deadline, docket no. 20, which is unopposed in this matter, and the Court having concluded that such an extension should be ordered, now, therefore, it is hereby

ORDERED that the time within which to file pretrial motions is hereby extended from July 3, 2018, to July 17, 2018.

DATED this 27th day of June, 2018.

_____
Thomas S. Zilly
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE
PRETRIAL MOTIONS DEADLINE  - 1
(*Mario Brooks;* CR 18-079TSZ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

Presented by,

s/ *Mohammad Ali Hamoudi*
Attorney for Mario Brooks
Office of the Federal Public Defender

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE
PRETRIAL MOTIONS DEADLINE - 2
(*Mario Brooks;* CR 18-079TSZ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**