UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIO KEITH BROOKS,

    Defendant.

CR18-79 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's Motion to File Overlength Motion to Suppress, docket no. 24, is GRANTED.

(2) The Status Hearing set for Thursday, July 19, 2018, at 11:30 a.m. is STRICKEN.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of July, 2018.

                        William M. McCool
                        Clerk

                        s/Karen Dews
                        Deputy Clerk

MINUTE ORDER - 1