UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIO KEITH BROOKS,

    Defendant.

CR18-79 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The trial date of August 27, 2018, and related dates and deadlines are STRICKEN and will be reset after the Court rules on defendant's motion to suppress, docket no. 23.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of July, 2018.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1