The Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-079 TSZ |
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| MARIO KEITH BROOKS, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

- One North American Arms CORR .22 caliber long rifle revolver with obliterated serial number.

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

- Pursuant to the Stipulated Fact Trial Agreement entered on September 11, 2018, the Defendant agreed that, in the event he was convicted of the offense charged in Count 1 of the Indictment, the above-identified property shall be subject to forfeiture to the United States (Dkt. No. 38, ¶ 5);

Final Order of Forfeiture - 1
*United States v. Brooks,* CR18-079 TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- At a stipulated bench trial held on September 11, 2018, the Court found the Defendant guilty as to Count 1 (Dkt. No. 39);
- On November 26, 2018, the Court entered a Preliminary Order of Forfeiture, finding the above-identified firearm forfeitable pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), and forfeiting to the United States the Defendant's interest in it (Dkt. No. 48);
- Thereafter, as required by 21 U.S.C. § 853(n)(l) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the pending forfeiture (Dkt. No. 55); and
- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified firearm exists in any party other than the United States;

2. The firearm is fully and finally condemned and forfeited, in its entirety, to the United States; and

///
///
///

Final Order of Forfeiture - 2
*United States v. Brooks,* CR18-079 TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Justice, the Bureau of Alcohol, Tobacco, Firearms and Explosives, and/or their representatives, are authorized to dispose of the firearm in accordance with the law.

IT IS SO ORDERED.

DATED this 8th day of June, 2020.

                                          Thomas S. Zilly
                                          United States District Judge

Presented by:

*s/Neal B. Christiansen*
NEAL B. CHRISTIANSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-2242
Neal.Christiansen2@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Brooks,* CR18-079 TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970